### 9433. LONGLEY v. JOHNSON, receiver.

LUKE, J. 1. A parol notice or request to the creditor, by a surety upon a promissory note, to bring suit, will not operate as a compliance with the statute (Civil Code of 1910, § 3546), which authorizes a surety, at any time after the debt is due, to give. notice in writing to the creditor to proceed to collect the debt out of the principal, or of itself have the effect to discharge the surety. See *Johnson* v. *Longley*, 142 *Ga.* 814 (83 S. E. 952).

(*a*) If, however, the surety is assured by the holder of the note that suit will be brought to the next term of the court, and because of such assurance he foregoes means of indemnity and protection, and such suit is not brought, he will be discharged to the extent of the resulting loss.

2. The defendant having admitted a prima facie case, and. the evidence in his behalf not having the legal effect of sustaining a defense to the note sued on, the court did not err in directing a verdict for the plaintiff.

3. The assignments of error as to the admissibility of evidence are without merit. See *Polhill* v. *Postal Telegraph Co.*, 16 *Ga. App.* 601 (3) (85 S. E. 936).

<em>Judgment affirmed. Wade, C. J., and Jenkins, J., concur.</em><br>DECIDED MARCH 15, 1918.

Complaint; from Whitfield superior court—Judge Tarver. July 25, 1917.

*Maddox, McCamy & Shumate*, for plaintiff in error.

*C. N. King, W. E. Mann*, contra.

---

### 9436. McDONALD v. HARDEE.

LUKE, J. 1. "Where cotton is delivered by the owner to another to be ginned for a specific price, this is a bailment for hire. Therefore, where the cotton is lost by the bailee, the onus is upon him to show due care and diligence in protecting and keeping it." *Concord Variety Works* v. *Beckham*, 112 *Ga.* 242 (37 S. E. 392).

2. This case is here upon exception to the overruling of a motion for a new trial, based on the general grounds only. The evidence authorized. the verdict, which has the approval of the trial judge, and it was not error to overrule the motion for a new trial.

<em>Judgment affirmed. Wade, C. J., and Jenkins, J., concur.</em><br>DECIDED MARCH 15, 1918.

Trover; from Liberty superior court—Judge Sheppard. November 17, 1917.

*J. R. Thomas*, for plaintiff in error. *W. C. Hodges*, contra.